# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Kenneth Miller
                            Plaintiff,

v.                                                               Case No.: 3:20−cv−50476
                                                               Honorable Iain D. Johnston

General Motors LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the report by plaintiff's counsel that he is unable to contact the plaintiff, and the defendant's position that its arguments in the pending motion to dismiss were specific to this plaintiff, see Dkt. 49, the motion to dismiss [26] is stricken without prejudice to being renewed if the plaintiff resumes contact with his counsel. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.