# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Kenneth Miller
                          Plaintiff,

v.                                          Case No.: 3:20−cv−50476
                                                        Honorable Iain D. Johnston

General Motors LLC
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 27, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of voluntary dismissal filed before the defendant answered or moved for summary judgment, this case is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i). Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.